**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1102**

---

GLADYS C. COOLEY,

                                    Plaintiff - Appellant,

        versus


GEORGE TENET, Director, individually and in
his capacity as Director (Retired) of the
Central Intelligence Agency; JOHN MCLAUGHLIN,
individually, and in his capacity as Acting
Director of the Central Intelligence Agency;
PORTER J. GOSS, individually and in his
official capacity as Nominated Director of the
Central Intelligence Agency; REGAN V. DANIELS,
individually and in his capacity as
investigator, Central Intelligence Agency;
STANLEY M. MOSKOWITZ, Director of
Congressional Affairs, Central Intelligence
Agency; KATHRYN I. DYER, Information and
Privacy Coordinator, Central Intelligence
Agency; ELIZABETH YORK; JULIE LUND, EEO
Director, Central Intelligence Agency,

                                    Defendants - Appellees.

---

**No. 05-1522**

---

GLADYS C. COOLEY,

                                    Plaintiff - Appellant,

        versus

GEORGE TENET, Director, individually and in his capacity as Director (Retired) of the Central Intelligence Agency; JOHN MCLAUGHLIN, individually, and in his capacity as Acting Director of the Central Intelligence Agency; PORTER J. GOSS, individually and in his official capacity as Nominated Director of the Central Intelligence Agency; REGAN V. DANIELS, individually and in his capacity as investigator, Central Intelligence Agency; STANLEY M. MOSKOWITZ, Director of Congressional Affairs, Central Intelligence Agency; KATHRYN I. DYER, Information and Privacy Coordinator, Central Intelligence Agency; ELIZABETH YORK; JULIE LUND, EEO Director, Central Intelligence Agency,

Defendants - Appellees.

———————————————

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-04-1052-1)

———————————————

Submitted: July 11, 2005        Decided: August 5, 2005

———————————————

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

———————————————

Affirmed by unpublished per curiam opinion.

———————————————

Gladys C. Cooley, Appellant Pro Se.  Paul Joseph McNulty, United States Attorney, Kevin Jason Mikolashek, Brian Eugene Bentley, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

———————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Gladys C. Cooley appeals the district court's orders dismissing her Freedom of Information Act and employment discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Cooley v. Tenet</u>, No. CA-04-1052-1 (E.D. Va. Jan. 10, 2005; Mar. 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>